IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Superior Credit Union, Inc., | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:19cv73 |
| | : Judge Susan J. Dlott |
| Cumis Insurance Society, Inc., | : |
| Defendant(s). | : |

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on October 28, 2019 (Doc. 23), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 12, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, Defendant's CUMIS's motion to dismiss plaintiff's claim for breach of the duty of good faith and to strike plaintiff's punitive damages claim (Doc. 11) is DENIED.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court